NUMBER 13-02-240-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
________________________________________________________
 
WARNER-LAMBERT COMPANY,                                         Appellant,

v.

BERTA SOTO, INDIVIDUALLY, ET AL.,                                Appellees.
_________________________________________________________

On appeal from the 93rd District Court
of Hidalgo County, Texas.
_________________________________________________________

MEMORANDUM OPINION

Before Chief Justice Valdez and Justices Rodriguez and Garza
Memorandum Opinion Per Curiam

         Appellant, WARNER-LAMBERT COMPANY, perfected an appeal from a judgment
entered by the 93rd District Court of Hidalgo County, Texas, in cause number C-534-00-B. After the record and briefs were filed and after the cause was submitted to the
Court, the parties filed a joint motion to dismiss the appeal. The parties state that they
have reached an agreement to dismiss the appeal conditioned upon an order from this
Court setting aside the trial court’s judgment without regard to the merits and
remanding the case to the trial court for rendition of judgment in accordance with the
parties’ agreements. 
         The Court, having considered the documents on file and the parties’ joint
motion, is of the opinion that the motion should be granted. The parties’ joint motion
is granted. The judgment of the trial court is SET ASIDE, and the case is REMANDED
to the trial court for rendition of judgment in accordance with the parties’ agreements.
                                                               PER CURIAM
Memorandum Opinion delivered and 
filed this the 4th day of November, 2004.